# Certificate of Debtor Education

I certify that on 08/18/2026, Kevin Brown

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Northern District of Alabama .

Case number: 26-81735

Certificate number: ALN26-817354981453

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance